IN THE EIGHTEENTH JUDICIAL DISTRICT
DISTRICT COURT, SEDGWICK COUNTY, KANSAS

Plaintiff: ABDUL Q ARIF
2250 N. Rock Road #122
Wichita KS 67226

Vs

Defendant: Williams + Fudge Inc

Defendant's Address: 300 Chatham Ave, Rockhill South Carolina 29731

C27057

CASE NO. 10LM07013

Defendant's SSN/TIN

Pursuant to Chapter 61 of Kansas Statutes Annotated

Type of Service Requested: __CM__ by __Sheriff__

**SUMMONS**

SHERIFF FEE FOR SERVICE PAID

To the above-named defendant(s):

You are hereby notified that a lawsuit commenced against you will be on this court's docket at __1:30__ o'clock __P__ M., on the _____ day of __JUN 0 9 2010__, to be held at the following location: __IN THE JURY ROOM FIRST FLOOR__

If you do not appear before this court or file an answer at such time, judgment by default will be taken against you for the relief demanded in the petition.

If you inted to appear at such time and dispute the petition, you must file an answer with the clerk of this court within 10 days thereafter.

If you are not represented by an attorney, the answer shall be signed by you. The answer shall state the following:

(1) what the dispute is;

(2) any affirmative defenses you have to the claim;

(3) any claim you have against the plaintiff which arises out of the transaction or occurrence which is the subject of the plaintiff's claim; and

(4) your (or your attorney's) current address, phone number, (fax phone number, and e-mail address).

EXHIBIT A

You must also promptly send a copy of your answer to the plaintiff's attorney or the plaintiff, if the plaintiff has no attorney.

**MOLM07013**

To the sheriff or process server:

This summons must be served and your return of service made promptly; in any event your return is due no later than _____

Dated: APR 2 0 2010

[SEAL - District Court, Sedgwick County, Kansas]

Veronica Gallegos
Clerk's signature

ABDUL Q ARIF
2250 N. Rock Road #122
Wichita, KS 67226

Name, address, & phone number   316-200-1707
of plaintiff or ~~plaintiff's attorney~~
Pro Se

Reasonable accommodations will be provided in accordance with the Americans with Disabilities Act.

IN THE EIGHTEENTH JUDICIAL DISTRICT COURT
SEDGWICK COUNTY KANSAS

FILED
2010 APR 19 PM 3 06
CLERK OF DIST. COURT
18TH JUDICIAL DISTRICT
SEDGWICK COUNTY, KS
BY

**ABDUL Q ARIF**
**2250 NORTH ROCK RD # 122**
**WICHITA, KANSAS 67226**

Vs.
NO:

**WILLIAMS & FUDGE INC**
**300 CHATHAM AVENUE**
**ROCK HILL, SOUTH CAROLINA 29731**

CASE

10LM07013

### PETITION

Comes now the Plaintiff for himself and states the following:

1. The Plaintiff is a resident of Kansas and the Defendant claims to be an agent of another party doing business in Kansas.
2. This Court has jurisdiction over the parties.
3. On or about March 2010, the Defendant violated 15 USC 1601 section 809(b)
4. On or about March 2010, the Defendant violated 15 USC 1601 section 805(c)
5. On or about March 2010, the Defendant violated 15 USC 1601 section 805(a)(3)
6. On or about March 2010, the Defendant violated 15 USC 1681 section 623
7. As a result of the said violations, the defendant has and continues to suffer financial damages, of those, a reasonable estimate is $2500
8. As a result of the said violations, the defendant prays to the Court to award him fines of $1000.00 per violation as allowed by the statute or a total of $4000.00
9. The Plaintiff further prays to the Court to order the Defendant to remove certain derogatory information from his credit file.

Respectfully submitted

Abdul Q Arif
Plaintiff Pro Se
4/19/10

I certify this to be a true and correct copy of the original instrument which is on file of record in this court.
Dated this 20 day of April 10
CLERK OF THE DISTRICT COURT
18th JUDICIAL DISTRICT
SEDGWICK COUNTY, KANSAS
By